# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Ken J. Bakalik, Jr

Plaintiff

vs.

Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: _U.S.A. Government Officials at highest level_

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Ken J. Bakalik, Jr.

Prison Identification Number: 761504

Current address: IDHS-RTDF 17019 County Farm Rd. Rushville, Illinois - 62681

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Donald J. Trump

Current Job Title: President of U.S.A.

Current Work Address: White House - 1600 Pennsylvania Ave. Washington, DC, 20500

Defendant #2:

Full Name: Bret Kavanaugh

Current Job Title: U.S.A. Supreme Court Judge

Current Work Address: U.S.A. Supreme Court Washington, DC

Defendant #3:

Full Name: Pete Hegseth

Current Job Title: USA, Department of Defense

Current Work Address: 1000 Defense, Pentagon Washington, DC 20010

Defendant #4:

Full Name: Bill Clinton

Current Job Title: Unknown    former President of U.S.A.

Current Work Address: _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address: _____

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☒    No ☐

If yes, please describe: Ken Bakalik vs. Drug Cartell et al Judge Joe Billy McDade case no. 4:24CV04044JBM

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

3

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number __Ken Bakalik vs. Drug Cartell eT al - 4:24CV04044JBM__

   2. Basic claim made __Out of Control Sex Trafficing__

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __It's connected with This case__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___U.S.A. America - Nations around world___

Date(s) of the occurrence ___exact dates unavailable___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

This case is unprecedented in nature - I am making these claims - against defendants on behalf of rape victims and sex trafficing/ sex slave victims against this - Illegitamate leaders in our Nation The United States of America - to get these highest level officials impeached - reason, I, Plaintiff Ken J. Bakalik, Jr is taking this unprecedented legal impeachment attack against these leaders of The United States of America - is because our legal system seems - unable to do it - as well - our legal system seems helpless to do this - before, I go on - I request this important honorable court to allow this case in its importance to combat sex crimes

5

and – sex slavery – sex trafficing child pornography – on – victims of same crimes behalf – and – to save victims from these sex crime atrocicities

Donal J. Trump – as America and nations around world watch in literal horror of sex crimes – and sex trafficing by Donald J. Trump – I am doing this, on my own – from a sex offender civil committment for sexually violent persons to be – taken out of society to get treatment –
Donald J. Trump was just recently elected to be President of the United States of America – and – he, defendant is an sexually dangerous individual – let me, plaintiff, Ken J. Bakalik, Jr explain and express this to this – important honorable court –
President Donald J. Trump is picking sexually dangerous persons to be in highest decision making positions in the United States of America –
And, Donald J. Trump defendant – was a customer for sex slaves victims – and – sex trafficing victims

on deceased sex slave pimps customer list whose name is Epstein - when he was arrested and imprisoned he was found dead in his prison cell -

Donald J. Trump was a regular customer of this sex trafficking - sex slave pimp - with pictures of Donald J. Trump, defendant - and Donald J. Trumps name on customer list - with epstein in picture where sex victims by force in sex slavery - along with Donald J. Trump - President of the United States of America - also - former President of the United States of America Bill Clinton, also a defendant - was in pictures - and - on customer list of sex trafficing victims. - sex slave victims where the victims were forced to have sex - as hire by pimp of these victims deceased Epstein - also a member of Royal Family in Europe as well was in pictures and on customer list -

These are an abomination and atrocity at the highest level

7

of Office in control of The United States of America – where sex trafficing – sex slavery & child pornography arised from – it's 😊 No wonder why 20,000,000 sex slave – /sex trafficing – human trafficing victims go suffer in bondage to pimps worldwide – to not be rescued, because our leaders are involved in this abominable atrocity of crimes against humanity – I request of this honorable court to allow this case – with U.S. Attorney – Special counsel from U.S. Department of Justice to impeach Donald J Trump from being a sex crime criminal in control of the United States of America –

Defendant #2 – Bret Kavanaugh This defendant – was appointed – to U.S. Supreme Court by – sex crime criminal President of The United States of America – defendant #1 –
During Bret Kavanaugh's confirmation hearing in The U.S. Congress Washington DC, sex victim Ms. Ford cried out

8

That Defendant #2 Bret Kavanaugh raped her at a party - at this confirmation hearing for Defendant #2 Bret Kavanaugh to be confirmed as an highest level Judge at U.S. Supreme Court - The Congress Members mocked, persecuted, dehumanized - attacked - and further traumatized sex crime victim Ms. Ford as in her literal bravery tried to cry out of what Defendant #2 Bret Kavanaugh did to her when he raped her - Now, let me explain two things that took place - Kavanaugh Defendant #2 got confirmed as the highest level Judicial Judge of the U.S. Supreme Court - and - sex victim Ms. Ford is left - further traumatized and left to suffer in silence - let me Ken J. Bukalik, Jr. Plaintiff explain and express another important fact - U.S. Congress in Washington DC - who confirmed Kavanaugh as - U.S. Supreme Court Judge also makes laws to combat sex crimes while they traumatized a sex victim and

9

appointed a sex crime criminal in highest Judicial Court —

Defendant #3 — Pete Hegseth — Before I, Ken J. Bakalik, Jr. Plantiff go on — I just need to explain express an important fact in this defendant #3 — The U.S.A. Military has an out-of-control sexual assault problem in The military against female soldiers —

Now Defendant #3 — Pete Hegseth was chosen by Sexually Dangerous Criminal Donald J. Trump Defendant #1 President of U.S.A. to be in charge of The U.S.A. Department of Defense where sexual assaults are at There highest level —

Defendant #3 — Pete Hegseth — paid $50,000 to an woman to be queit about him sexually assaulting her — and — he was under some investigation by F.B.I.

I am, Ken J. Bakalik, Jr. Plantiff making this case against Defendant #3 Pete Hegseth to be impeached from being in charge of Department of Defense because he is an —

Sexually dangerous Sex crime criminal — his admittance is by him paying $50,000 dollars to an woman to be q̄ueit about her — charges that she was Sexually assaulted by Defendant #2 — Pete Hegseth and I, Ken J. Bakalik, Jr. Plantiff am Q Claiming he should be Impeach from running Department of Defense because he is an Sexually dangerous criminal and the military in the United States of America don't need an Sexually Dangerous criminal in — Charge as there is an out-of-control Sexual assault problem in the — United States Military —

So, I request of This honorable Court to hear and accept This case and claim by me, Ken J. Bakalik, Jr Plaintiff who is in an Sexually violent Persons treatment and Detention facility — who is letting this court know There is an crysis in America and nations around world of Sex Crimes — Sex trafficing — Sex Slavery. That is out-of control and we don't need Sexually dangerous persons who are in control in Government

11

I, Ken J. Bakalik, Jr., Plaintiff, that I request this honorable court to appoint an U.S. Attorney and Special Counsel of Department of Justice to impeach all the defendants from their positions of leadership in the highest levels of United States of American Government while sex crimes are at it is highest most atrocious abominable levels —

Now come Defendant #4 Bill Clinton — I request an U.S. Attorney — Special Counsel of Department of Justice as well in this case against Defendant #4 Bill Clinton by me Plaintiff Ken Bakalik he Bill Clinton was on — Sex traffickers — Sex slave victims customer list and pictures with sex trafficker Epstein who is now Deceased after he was found dead in prison cell — to do an criminal inquirer against Defendant #4 — Bill Clinton —

Respectfully
Ken J. Bakalik, Jr.
Plaintiff
Ken J. Bakalik
Plaintiff

January 25th 2025 Violent
From Rushville Sexually and
persons treatment
Detention facility
17019 County Farm Rd
Rushville, Ill. 62681
KJB

12

RELIEF REQUESTED

(State what relief you want from the court.)

For all Defendants to pay court costs - For Defendants #1, #2, and #3 to be impeached from their highest levels of government leadership positions in the United States of America - For Defendants #1, #2, #3, #4 to register as sex offenders in respective police stations in respective towns, cities, states - For Defendants #1, #2, #3, #4 to go to sexual offender treatment -

JURY DEMAND    Yes ☒    No ☐

Signed this __25th__ day of __January__, 20__25__.

_Ken J. Bakalik Jr_
(Signature of Plaintiff)

| Name of Plaintiff: Ken J. Bakalik, Jr | Inmate Identification Number: 761504 |
|---|---|
| Address: Rushville Sexually Violent Persons Treatment Fac, 17019 County Farm Rd, Rushville, Ill. 62681 | Telephone Number: 217-322-3204 |

13



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: January 28TH, 2025

Name: Ken Bakalik

Case Number: _____ ☒ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition
☐ Response / Reply
☒ Other (Specify) Filing New Case - Bakalik vs. Trump etal

Title of Pleading: _____
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 18