United States District Court
Central District of Illinois

Ken J. Bakalik, Jr,
Plaintiff

vs,
Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton
Defendants

Motion By Plaintiff
To Explain Revenge
and Vengence of
Sexually Dangerous Persons

Now comes Plaintiff, Ken J. Bakalik, Jr., to explain and express to this honorable important high standing federal Judicial Court, this U.S. District Court of the Central District of Illinois - of the incredible crisis in The United States of America - and Nations around the world of very dangerous, sexually Dangerous - persons on a vengence and wrath

1

Cont;

to avenge those who prosecuted them, for sexually criminal behavior - including police, procutors, Federal - Bureau of Investigation - and - also The Judges and their families of all mentioned above - and - including The accusers of sexual crimes - by The accused, better known - as "victims of sex crimes" - and - don't forget - the citizens of Neighborhoods - community watch - witnesses - even innocent person(s) who might get in The way of an sexually Dangerous person(s) are as well in danger by the wrath, vengence - revenge and avenging behavior of accused criminal who got accused of an sex crime - -- Note -- whether They were found Innocent - or - guilty -

-- I ask This honorable courts Investigators - research team - to - investigate The phenomena of

2

Cont;

— an revengeful person who was
accused, of Sex crimes — whether
found innocent or guilty — even —
research sexual offender evaluators,
police — and history of the —
phenomena of an sexually Dangerous
person(s) on an revengeful
wrath to pay back victims who
accused the sexual offender — and
anyone who gets in their way —
— Also — I, plaintiff, ask this
honorable court to research what —
"revenge sex crimes" are — and —
all those who were raped — —
tortured — targetted — killed —
and even disappeared — —
— In a seperate motion — —
I will express this in an different
dimension — to show the real —
danger all people are — "at this
time in" —

3

Cont;

Take Defendant #1 - - - -
Donald J, Trump - who is now -
the President of The United States
of America -
- - I don't fear him - -
- - I don't fear any Sexually
dangerous person on an -
revenge - wrath - path -

I, Ken J, Bakalik, Jr,, Plaintiff,
am informing this high standing -
honorable Court - That - Defendant #1
Donald J, Trump - is an - "Sexually
Violent - and dangerous person on
an revenge - wrath - who is gonna
target all America - and - World
as an whole -

#1, He already, showed the -
citizens of America - he will -
Stop at nothing - to revenge or
pay off - or - eliminate by death
in many approaches The Victims

• 4

Cont;

of sex crimes who accused him of sex crimes against them — The victims — known — and — unknow —

*** Guilt or Innocence ***

Of accusations of sex crimes against Defendant #1 — President of The United States of America — — Donald J. Trump —

He, Donald J. Trump — was on customer list — of now deceased sexually dangerous person a pimp of children forced into sexual acts by their customers for pimp Now deceased Jeffery — Epstein —

Donald J. Trump was in Pictures — w/ Defendant #4 — former President of U.S.A. — — Bill Clinton —

5

Cont;

Remember; This is about
an revengeful Sexually Dangerous
person —

Also —
I brought up — me plaintiff —
Defendants
"Guilt" or "Innocence"


Question —

Could an revengeful behavior
of an Sexually dangerous person
be seen as
"Guilt" or "Innocence"
of an accusations of
sex crimes by an victim?

First; let's evaluate this —
IN an deeper ~~sense~~ Sense —

6

Cont;

Were an person innocent — and — seemingly — targetting Those who wrongfully accused a person of an sexual offence —

#1, They may sue The accused or The Judicial System or The police — for defamation of character — wrongful accusations there-of, and, etc.... as we've known of Those who were wrongful found guilty — and — sent to prison — or other —

#2, Is This The case — innocent persons wrongfully accused —

** * — Fact of The question **

Evidence — in pictures with Sexual Trafficer/ Sex slave pimp of children

7

Cont;

We all could say okay —
Those are just pictures —

Evidence — why then was
Jeffry Epstein found dead —
in his prison cell — and —
two Presidents of U.S.A.
were both in pictures —
Donald J. Trump
Defendant #1
Bill Clinton
Defendant #4

And Let's Not forget
a Member of Royal Family
in Europe was involved with
Jeffry Epstein Now deceased

Evidence — when Defendant #4
was President of U.S.A. he had
an sex slave victim on —
Air force #1 — also pictures
of this was available

9

Cont;

- The phrase is Just a picture speaks a Thousand words -

~~Their~~ There are multiple Sexual impropriety - and - sex crime / allegations - against both Defendant #1 - and - Defendant #4 -

Back to could Revenge or - targetting of Those Involved in sex crime allegations be seen as innocence or guilt

The proper revenge, or targetting will clearily show innocence -

However in This case - against all four Defendants show culpability - and - 100% guilt -

9

Cont;

I, plaintiff, Ken J. Bakalik, Jr,
am in an Sexually Violent Person(s)
Treatment and Detention Facility —
and all The persons(s) maybe not
all — would love to fire prosecutors,
Impeach Judges — target Police
discredit person(s) who arcosed
Them in an Non-ending fight —

Donald J. Trump — Defendant #1
Pete Hegseth    Defendant #2
Bret Kavanaugh Defendant #3
are Three (3) accused Sexual,
offenders — who in my opinion
plaintiff, me, Ken J. Bakalik, Jr.
are on an revenge —
wrath    path —
The two Defendants #2 — and
#3 — were appointed to Their
high level government power positions
and — They are clearly proving
by Their behaviors "Guilty" and
That They are on a revenge path

• 10

Cont;

of an "Sexually Violent and Dangerous person" who will go to all lengths to get all who went against them — criminal or No criminal — This shows 100% guilt of all accusations by sex crime victims. of accusations against Defendants #1, #2, and #3 — Many — in this life time are in extreme danger by Their high authority powerful position in The United States of America — and — in — Nations around The world —

And in generations after we are all dead — They will really suffer greatly —

However, don't take Just my word of warning

11

Cont;

from me plaintiff,
Ken J. Bakalik, Jr

look at it from evidence
and whats happened in
past — and it whats
happening now —

And, forcast for yourselves
The future generations risks —

forget all foolish dross
filled arguments —

** Look at Facts **
** Researsh revenge of
Sex trafficers — child pornographers
and rapist — and
family sex offenders of all
sexually accused sex offenders
both really innocent —
and 100% guilty — and
Number of accusations
know and unknown

12

Cont;

I, Plaintiff, Ken J. Bakalik, Jr.
ask This court to look outside
of America — to other nations
like India, Thailand, and continent
of Africa — and South and Latin
America —

** "of Phenomena when
Sexually Dangerous Persons
Are an Judge, Military,
Lawenforcement or
Leader of Nation" — **

Many are Sex Trafficed —
Children mainly — Killed —
and families killed!

    Absolutely No Exageration
it is horrific —

    We, in America — Now are
experiencing This Same phenomena
of Those who are Sexually dangerous

13

Cont;

"In Control in many areas of Government Power"

* * I ask This Honorable court to look at rape as weapin of war — by soldiers in ~~other~~ other Nations —

If you have no information for yourselves, I can refer you —

Pete Hegseth — Defendant #3 will bring This to America — with Donald J Trumps help and with The help of Bret Kavanaugh —

Think I'm just paranoyd — Think I delusional —

Then forget everything I said and do your wishes as you decide to allow This case or — not

14

Con't;

I, Ken J, Bakalite, Jr. Plaintiff

Request,

You allow This case, I'm prepared to argue It out prove my Theory and case to get Defendants #1, #2, #3 Impeached —

and —

after impeachment

Allow for criminal inquiry ~~and~~ Into all Four Defendants

As well as Conquer Sex Slavery in America — and — Nations around world —

Show by example

From Rushville Sexually treatment Violent Person(s) Facility and Detention farm Rd, 17019 County Ill, 62681 Rushville,

January 28th, 2025
Ken J, Bakalite, Jr.
Ken J Bakalite

15



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK

**RUSHVILLE**

**SCANNING COVER SHEET**

---

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26 40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

---

**Please complete the following (Print):**

Date: _January 29, 2025_

Name: _Ken J. Bakralik, Jr. - Plaintiff_
_Vs. Donald J. Trump_

Case Number: _New Case_    ☒ (Check here if this is a new case)

---

**Type of Pleading (Check only one):**

☐ Motion / Petition

☐ Response / Reply

☒ Other (Specify) _Motion to Epress Revenge_

Title of Pleading _Revenge and Vengence of Sexually Dangerous Persons_
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): _15_