United States District Court
Central District of Illinois
Peoria Division

Kenji Bakalik, Jr,
Plaintiff

vs.

Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton
Defendants

Honorable Judge
Jonathan E. Hawley

Case no.
4:25CV04024JEH

Motion to Court to Order Preliminary Injunction against Defendants to Stop Mass Deportation

Now, Comes Plaintiff, Kenji Bakalik Jr. filing a motion for this court to order an Preliminary Injunction against Defendants #1, #2, #3 to stop Mass Deportation of person(s) in the United States of America, as refugee's - to escape sex traffickers and gangs terrorists, to escape Political problems

1

Con't,

Also, reason Plaintiff is requesting this ~~of~~ court to order an Preliminary Injunction against Defendants #1,#2 and #3, to stop Mass deportation is because Defendants accuse Them of being rapist, terrorists, murderers, and other types of criminals — I, plaintiff do — against claim that Defendants #1,#2,#3, are fricolously on an revenge path — and — The cause of this action in this court accused Defendants #1,#2,#3 #4 of very serious sexual allegations and this is evidenced by Pictures, sex traffickers lists, and testimonies of victims Themselves of the sexual — allegations — So, I, Plaintiff claim that Defendants #1, #2, #3 are on an different intention altogether — as evidenced by The Defendants #1,#2, and #3's actions since they were in Power — and — authority in America

2

Cont,

America, U.S.A. has other means to forgive person(s) of past and main reason(s) Plaintiff desires this High Important Court to order an Preliminary Injunction to Stop Mass deportation — is because of sex crime victims who ran to America to escape predators — on way to America were raped multiple times by force — and — many sex-crime victims were snatched up in America to further be sex trafficed — and — used as sex slaves — and let's not forget the refugees — and asylum seekers from very serious political attacks against these person(s) as well as those who escape total hunger as some were in position to use real dirt, make in to Mud to eat as Mud cookies because of hunger —

Thank you

Plaintiff
Ken J. Balubly Jr.
Ken J Balubly
Feb 6th 2025

3

United States District Court
Central District of Illinois
Peoria Division

Ken J. Bakalik, Jr.
  Plaintiff

vs

Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton

Honorable Judge
Jonathan E Hawley

Case no
4:25CV04024JEH

Motion to Clerk
of Court to
enter attached
motion

Please Clerk of Court
enter attached motion in
Honorable Judge Jonathan E Hawley
Ken J. Bakalik, Jr. vs. Donald J. Trump
et al - Case no. 4:25CV04024JEH
Thank you Clerk of Court

Plaintiff
Ken J. Bakalik Jr.
Ken Bakalik
Feb 6th 2025

1



Ken Bokalik
17019 County Farm Rd.
Rushville, Ill 62681

U.S. District Court
Central District of Illinois
Peoria Division
100 NE Monroe St.
Peoria, Ill, 61602

Legal Mail