United States District Court
Central District of Illinois

| | |
|---|---|
| Ken J. Bakalik, Jr, Plaintiff vs. Donald J. Trump, Bret Kavanaugh, Pete Hegseth, Bill Clinton, Defendant | Honorable Judge Jonathan E Hawley Case no 4:25CV04024JEH |

Motion to Clerk of Court

Here is letters with Postage Stamps on the envelopes.

I request of this court I, Plaintiff, Ken Bakalik, to handle these corrosponde to President Donald J. Trump, Defendant #1 — and — Vice President JD Vance, First Lady Melania Trump and Counsel to President Alina Habba — Thankyou Clerk and Court —

Plaintiff
Ken J Bakalik Jr
Ken J Bakalik
Feb. 6th 2025

1

Clerk of Court

Feb. 6th 2025

Can you handle this letter I'm sending to you with an postage stamp on it — Thank you Clerk

Plaintiff
Ken Bakalik
Ken Bakalik
Feb 6th 2025



Clerk of Court

Feb 6th, 2025

Can you handle this letter I'm sending to you with an postage stamp on it Thank you! Clerk of the court

Plaintiff
Ken Bakalili
Ken Bokeluf
Feb 6th 2025



Ken Bakalik
17019 County Farm Rd.
Rushville, Ill. 62681

First Lady Mrs. Melania Trump
White House
1600 Pennsylvania Ave.
Washington, DC 20500

Clerk of the Court

February 6th, 2025

Can you handle this letter I'm sending to you with an postage stamp on it Thank you Clerk of the Court

Plantiff
Ken Bahalik
Ken Bahalik
Feb 6th 2025

Ken Bakalik
17019 County Farm Rd.
Rushville, Ill. 62681

President Donald J. Trump
White House
1600 Pennsylvania Ave.
Washington, DC 20500



Clerk of The Court

Feb 6th 2025

Can you handle this letter I'm including on this with postage stamp on it
Thank you Clerk of Court

Plaintiff
Ken Balalio
Ken Balaly
Feb 6, 2025



Ken Bakalik
7019 County Farm Rd.
Rushville, Ill. 62681

Legal Mail

U.S. District Court
Central District of Ill.
Peoria Division
100 NE Monroe Street
Peoria, Ill. 61602