United States District Court
Central District of Illinois
Peoria Division

| | |
|---|---|
| Ken J. Bakalik, Jr. Plaintiff | Honorable Judge Jonathan E Hawley |
| vs. Donald J. Trump Bret Kavanaugh Pete Hegseth Bill Clinton Defendants | Case No. 4:25CV04024JEH |

Motion For This Court to order an Preliminary Injunction Against Defendants #1, #2, #3 to Not Give Personell Information in Media or Other of Federal Workers — and Their Families

Now Comes Plaintiff, Ken J. Bakalik, Jr filing a Motion in This Court to order an Preliminary Injunction to Stop Defendants #1, #2, #3, of Sharing Personell Information with Those who might Seek to hurt —

1

Cont,

Endanger family of the Federal Workers — and — adversaries of America to not hurt or — endanger the federal workers by this potential information getting into wrong hands — So, I, Plaintiff, Ken J. Bakalik, Jr. do claim again the argument I made to this court in motion of expression of revenge of sexually dangerous person(s) who are on a revenge path against anyone who tried to prosecute them — or the victims who accused them of sexual offense — and — families thereof — which America and world are now witnessing and experiencing — and — this motion to order preliminary injunction to prevent Defendants #1, #2, #3 from exposing personal information of the 2 million federal workers now in danger of losing employment — and — are in danger of revenge

2

Cont,

of some sort whether admitted by Defendants #1, #2, #3 of what I, Plaintiff, Ken J. Bakalik Jr am saying of all that's happening. Now, Defendants can try to discredit what I claimed - however how are Defendants gonna discredit their own actions now comping to life of everything I, Plaintiff, Ken J. Bakalik Jr. did claim and bring to attention of this important high standing court which is now happening as I, Plaintiff, claimed is gonna happen before it even took place by Defendants #1, #2, #3. So, I, Plaintiff, Ken J. Bakalik Jr request of this court to order and injunction against Defendants #1, #2, #3, #4, not to expose any personal information to public or other ways of the 2 million Federal Workers and their families potentially being targetted by Defendants. Thanks

3

Plaintiff
Ken J. Bakalik Jr.
Ken J Bakalik
Feb 6th 2025

United States District Court
Central District of Illinois
Peoria Division

| | |
|---|---|
| Ken J. Bakalik, Jr., Plaintiff | Honorable Judge Jonathan E Hawley |
| vs Donald J. Trump, Bret Kavanaugh, Pete Hegseth, Bill Clinton, Defendants | Case No. 4:25 CV04024 JEH |

Motion to Clerk of Court to please enter attached motion

Please Clerk of Court enter attached motion to Judge Jonathan E Hawley — Ken J. Bakalik, Jr. vs Donald J. Trump et al — case no. 4:25CV04024JEH Thank you Clerk

Plaintiff
Ken J. Bakalik Jr
Ken Bakalik
Feb. 6th 2025

