AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Kenneth Bakalik | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   25-4024 |
| Donald J. Trump et al., | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  that Plaintiff Kenneth Bakalik's action against Defendants Donald J. Trump, Bret Kavanaugh, Pete Hegseth
and Bill Clinton is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the
named Defendants.                                                                                              .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for
                                                                                              .

Date:   2/11/25 _____

CLERK OF COURT

_____
s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*

2/11/25