U.S. District Court
Central District of Illinois
Peoria Division

Ken J. Bakalik, Jr,
    Plaintiff

vs.

Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton
    Defendants

Honorable Judge
Jonathan E. Hawley

Case No.
4:25CV04024JEH

FILED
FEB 26 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to this Honorable Court of Good-News of Rescue of (6) Six Victims

Now, comes Ken J. Bakalik, Jr, Plaintiff to share good-n-positive news of success with this Honorable Important Court —

1

To; Honorable Judge —
Mr. Jonathan E. Hawley —
Even though you call me —
frivolous, malicious, fantastic —
delusional, bizzarre

"Here is some —
Most excellent News
of an Rescue of
(6) Six victims who
were held as Sex slaves
in captivity by an
perpetrator — Sexual
aggressor — Kidnapper
hostage holder —

" This honorable important
court should feel blessed!"

Because, it was due in-part
of many, being inspired —
encouraged of hope Not
lost —
That victims can be
rescued, and healed —
and restored —

2

cont,

I don't know the results of the sexual aggressor(s) —

However, what's important is success and victory came to the suffering victims

So know —

Honorable Judge

Mr. Jonathan E Hawley

That it's due in-part by your efforts as Judge to give this case a chance against Defendants #1, #2, #3, #4

And, me, plaintiff, Ken J. Balcalife Jr as an concerned citizen of America defending the cause of those victims, as I once was an sexual aggressor, turned now — from an treatment Room #15 —

3

Con't

on Echo 2
from IDHS-RTDF

to become one who rescues that which needs an helping hand —
even if it is
"Delusional, Malicious, Frivolous, Bizzarre, Fantastic"

Where There is light
"In The Darkness"

And —

Encouragement Comes from an
"Cave Moment"

"Namely This Sexual Offender Rehabilitation Facility —

"Where even in Captivity Hope is not lost to be healed-rehabilitated — too-heable to rescue victims in need of rescue"

4

Con't,

Now,

Your Most Honorable Judge
In This most Honorable Court

"Your Rite"

Too The unknowing That it
is, was, and is possible to
do The "Bizzurre — Delusional"
Rescue — Representation
from an Cave
Treatment Facility

To represent that which
Needs representation as an
"Concerned Citizen of America"

Now, Your Honor, Your Court,
All / America — / All The World
"Hope is Not lost"
"There is light in a dark place"
--- Be encouraged ---
--- Be brave ---
--- Be Confident ---
"Freedom Reigns in The U.S.A."

February 23rd, 2025
Plantiff
Ken J, Bakalice Jr
Ken

P.S. apple
(6) six of my eye
of pound

5

U.S. District Court
Central District of Illinois
Peoria Division

Ken J. Bakalik, Jr.
　　Plaintiff
　vs.
Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton
　　Defendants

Honorable Judge
Jonathan E. Hawley

Case no.
4:25 CV 04024 JEH

Motion to Clerk of Court —
Please enter this motion of Rescue and encouragement with Hope alive to the case at hand thank you Clerk

February 23rd, 2025
Plaintiff
Ken J. Bakalik, Jr.

Ken J. Bakalik

6

