E-FILED
Friday, 28 February, 2025 03:35:18 PM
Clerk, U.S. District Court, ILCD

United States District Court

Central District of Illinois

Peoria Division

|  |  |
|---|---|
| Ken J, Bakalik, Jr,<br>Plaintiff<br>VS,<br>Donald J, Trump<br>Bret Kavanaugh<br>Pete Hegseth<br>Bill Clinton<br>Defendants | Honorable Judge<br>Jonathan E Hawley<br><br>Case No,<br>4:25 CV04024 JEH |

Motion of Letter
of Pleading Story to
Judge Jonathan E, Hawley
by Plaintiff Ken J, Bakalik, Jr,

I, Ken J, Bakalik, Jr, Plaintiff just
wanted to express a few things —
of matter, to This Honorable —
important court —
I, Plaintiff, Ken J, Bakalik, Jr- ask
this court — to ask of itself —
"Has this court experienced —
the rage of of raging woman — ?"
Just consider — the "Question"--

1

Cont,

"Has this court ever experienced a teenage girl in so much torment trauma - mourning - that her cry is - a bitter - dilemna - where everyone witnessing it - "?

"Has this court ever experienced a teenage female as an friend - - become a woman so fearful for her life So traumatized - that it is no longer trauma - It is Shock?"

or - "Has this court had - homemade cream style corn made from scratch rite - in - front " of you?

"Has this court ever had the police ask it, 'if it was lost - ?

"Now, has this court ever - had it's clothes washed by two women in the corribbean sea - and - dried on rocks - smelling fresher than downy - and - cleaner than clean - and perfectly pressed rite - in - front of you like an miracle "?

2

Con T,

Now, I, Kea J, Bakalik, Jr., plaintiff can go on with the questions - however, I don't want to come - accross as pushy - mushy -

Let me tell This court a few things I have in my behalf -

"I have an sweet - sweet - loving love - who loves me"
And, Noone knows who she is - can I get a witness -

"I went to an 80 year old woman / widows birthday party"

"An African American male - Preacher Says to me -"

"An White woman says - yes, please"

"Two dogs look at me - in happiness"

3

Cont,

"An special olymics members ask me to stop".

"The persecuted ask me to pray for Them"

"Judge Jonathan E, Hanley" —"
"— I'm NOT trying to bore you

However, just yesterday, an resident in a wheelchair, with Part of leg cut off— asked me— for a book so he can read it—

Do you want to hear More —? or should I be queit —'

** Alright I'll get to The point without taking The longway home * *

In The State of Illinois, U,S,A, 46 Women —n— children have been murdered by Someone— who wanted them to be queit—

4

Cont,

* * * The women -n- children
in the State of Illinois, U,S,A, * *
- who are still able to speak -
and aren't killed yet -
And who can still
be rescued -

"Do you want them to be
quiet when they say -
someone - please, please
* * Help me * * "

-- Now, you called me malicious,
frivolous -, delusional, bizzarre,
fantastic - -

As well - many victims trying
to be rescued - and - The police get
called - Their attackers also -
call them "delusional - crazy" etc.
Then the police leave them
to be killed -- a true story -

Now, Judge Jonathan E, Hawley
Don't ignore this letter from
me, Plaintiff, to you your Honor ---

5

Plaintiff -
February 22nd 2025
Ken J, Bafalikit, Jr
Ken J Bafalik

U.S. District Court
Central District of Illinois
Peoria Divisions

Ken J. Bakalik, Jr.
Plaintiff

vs.

Donald J. Trump
Bret Kavanaugh
Pete Hegseth
Bill Clinton
Defendants

Honorable Judge
Jonathan E. Hawley

Case No.
4:25 CV04024 JEH

Motion to Clerk

Please enter this letter
from me to Honorable Judge Hawley
Thank you

∃ It is for him to read
if he's willing
Thank you

However I can't ask him
myself — I'm here and your there
so, I ask of you to ask him to
read it, thank you

February 22nd 2025
Plaintiff
Ken J. Bakalik, Jr.
Ken



Ken Batalik
7019 County Farm Rd.
Rushville, Ill. 62681

For Honorable Judge Jonathan E. Hawley
U.S. District Court
Central District of Illinois
Peoria Division
100 NE Monroe Street
Peoria, Ill. 61602

Springfield, IL PRIDC 627
MON 24 FEB 2025 PM

FIRST-CLASS

US POSTAGE
ZIP 62681
02 7H
000608503509