# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 14, 2025

*By the Court*:

| | |
|---|---|
| No. 25-1288 | KEN J. BAKALIK, JR.,<br>         Plaintiff - Appellant<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>         Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 4:25-cv-04024-JEH<br>Central District of Illinois<br>District Judge Jonathan E. Hawley ||

Upon consideration of the **MOTION TO DIMISS WITH PREJUDICE**, filed on April 11, 2025, by the pro se appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 14, 2025

To:  Shig Yasunaga
     UNITED STATES DISTRICT COURT
     Central District of Illinois
     Rock Island, IL 61201

| | |
|---|---|
| No. 25-1288 | KEN J. BAKALIK, JR.,<br>         Plaintiff - Appellant<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>         Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 4:25-cv-04024-JEH<br>Central District of Illinois<br>District Judge Jonathan E. Hawley ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                  F.R.A.P. 42(b)

STATUS OF THE RECORD:                               no record to be returned

form name: **c7_Mandate**    (form ID: **135**)